UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | |
| | : | |
| **ROBERT FEREBEE,** | : | **VIOLATION:** |
| | : | 21 U.S.C. § 856(a)(2) |
| **Defendant.** | : | (Unlawful Maintenance of a Premises to |
| | : | Manufacture, Distribute, Store and Use a |
| | : | Controlled Substance) |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about August 19, 2014, within the District of Columbia, **ROBERT FEREBEE**, as the owner, lessee, and agent of a building, room and enclosure, that is, 5425 C Street, S.E., Washington, D.C., did unlawfully, knowingly and intentionally manage, control, open and maintain said building, room and enclosure for the purpose of unlawfully manufacturing, storing, distributing and using a controlled substance, that is, cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.

(**Unlawful Maintenance of a Premises to Manufacture, Distribute, Store and Use a Controlled Substance**, in violation of Title 21, United States Code, Section 856(a)(2))

Respectfully submitted,

VINCENT H. COHEN, JR.
Acting United States Attorney
D.C. Bar No. 471489

By: _____/s/_____
EMORY V. COLE
Assistant United States Attorney
Violent Crime and Narcotics Trafficking Section
555 4th Street, NW, Suite 4213
Washington, DC 20530
(202) 252-7692
Emory.Cole@usdoj.gov